[Civ. No. 954; Second Appellate District.—March 1, 1911.]

## LIZZIE SHEEHAN, Respondent, v. JOHN LAPIQUE, Appellant.

DISMISSAL OF APPEAL—REHEARING DENIED.—Where the court had dismissed the appeal on the motion of respondent, a petition for a rehearing of the order of dismissal will be denied, where the record shows that the judgment was entered July 15, 1908, that thereafter motions were made to set aside a default and vacate the judgment which were finally denied June 13, 1910, but no appeal was taken from such order; but the only notice of appeal is from the judgment made long after the lapse of time within which the same could be made.

APPEAL from a judgment of the Superior Court of Los Angeles County.   Frederick W. Houser, Judge.

It appears from the minutes of the district court of appeal that the appeal was dismissed January 30, 1911.   A petition for rehearing of the order of dismissal was filed in due time.

John Lapique, Appellant, in *pro. per.*

H. H. Heath, for Respondent.

THE COURT.—The record discloses that the judgment in this case was entered July 15, 1908; that thereafter motions

were made to set aside default and vacate the judgment, which were finally denied June 13, 1910. The notice of appeal is from the judgment. While the order refusing to set aside the default and vacate the judgment is an appealable order, there was no appeal therefrom. The notice of appeal was from the judgment, made long after the lapse of time within which the same could be made.

Rehearing denied.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on March 27, 1911.